


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEANNA GRAHAM and JAMES GRAHAM, h/w,<br>238 Watergate Drive<br>Feasterville, Pennsylvania 19053<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>OZRE TAMPA LODGING I, LLC<br>d/b/a HAMPTON INN TAMPA/ROCKY POINT,<br>9 West 57th Street, 39th Floor,<br>New York, New York 10019,<br><br>and<br><br>HILTON HOTEL CORPORATION, d/b/a HAMPTON INN,<br>9336 Civic Center Drive<br>Beverly Hills, California 90210,<br>　　　　　Defendants. | NO. 10 1018<br><br>CIVIL ACTION<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>MAR -9 2010<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## COMPLAINT

1.    Plaintiffs, Leanna Graham and James Graham, husband and wife, are adult individuals residing at 238 Watergate Drive, Feasterville, Pennsylvania 19046.

2.    Defendant, OZRE Tampa Lodging I LLC, d/b/a Hampton Inn Tampa/Rocky Point, is an entity doing business in and existing under the laws and statutes of New York, and at all times relevant hereto is subject to the jurisdiction and venue of the Commonwealth of Pennsylvania by promoting business in the Commonwealth of Pennsylvania, with its main office located at 9 West 57th Street, Floor 39, New York, New York.

3. Defendant, Hilton Hotel Corporation, d/b/a Hampton Inn, is an entity doing business in and existing under the laws and statutes of California, and at all times relevant hereto is subject to the jurisdiction and venue of the Commonwealth of Pennsylvania by doing business in the Commonwealth of Pennsylvania, with its main office located at 9336 Civic Center Drive, Beverly Hills, California.

## JURISDICTIONAL STATEMENT

4. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. Section 1332 (a), as there is diversity of citizenship and the matter in controversy exceeds One Hundred Fifty Thousand ($150,000.00) Dollars, exclusive of interest and costs.

5. This Court is proper Court of Venue since the plaintiffs are residents of the Eastern District of Pennsylvania, and/or since all defendants are doing business directly within the Eastern District of Pennsylvania or promoting business within the Eastern District of Pennsylvania.

## COUNT I

6. Plaintiffs, Leanna Graham and James Graham, husband and wife, are adult individuals residing at 238 Watergate Drive, Feasterville, Pennsylvania 19046 which is within the Eastern District of Pennsylvania.

7. Defendant, OZRE Tampa Lodging I LLC, d/b/a Hampton Inn Tampa/Rocky Point, is an entity doing business in and existing under the laws and statutes of New York and at all times relevant hereto is subject to the jurisdiction and venue of the Commonwealth of Pennsylvania by doing business in the Commonwealth of Pennsylvania, with its main office located at 9 West 57th Street, Floor 39, New York, New York.

8. Defendant, Hilton Hotel Corporation, d/b/a Hampton Inn, is an entity doing business in and existing under the laws and statutes of California and at all times relevant hereto is subject to the jurisdiction and venue of the Commonwealth of Pennsylvania by doing business in the Commonwealth of Pennsylvania, with its main office located at 9336 Civic Center Drive, Beverly Hills, California.

9. This Court is the proper venue since the parties of this action at all times relevant hereto are citizens and/or businesses of different states.

10. On or about March 16, 2008, and for some time prior thereto, defendants, OZRE Tampa Lodging I LLC, d/b/a Hampton Inn Rocky Point and Hilton Hotel Corporation, d/b/a Hampton Inn by and through their respective agents, servants, workmen, employees and/or other representatives acting in the course of their employment and the scope of their authority and in the furtherance of the business of the said defendants, owned, possessed, maintained and/or controlled the premises located at 3035 North Rocky Point Drive, Tampa, Florida 33607, otherwise known as Hampton Inn - Rocky Point.

11. At the said time, and for some time prior thereto, defendants' employees were negligent and their conduct was unlawful, which directly and proximately caused the accident and injuries to plaintiffs, by failing to use ordinary care to furnish the plaintiff with a reasonably safe premises, failing to adequately inspect and/or otherwise maintain a reasonably safe premises, and failing to exercise due care and being otherwise negligent under defendant's established rules, regulations, customs, and practices.

12. On March 16, 2008, plaintiff, Leanna Graham, a business invitee at Hampton Inn located at 3035 North Rocky Point Drive, Tampa, Florida, was a passenger in a vehicle driven by her husband. The vehicle was driven to the covered entranceway in the front of The Hampton Inn so plaintiffs, Leanna Graham and James Graham could unload suitcases from their vehicle. The vehicle was parked with the driver side closest to the entranceway. Ms. Graham exited the vehicle and walked along the passenger side of the vehicle to access the rear hatch. She removed two suitcases from the rear hatch and turned to walk along the driver's side of the vehicle towards the entranceway to the hotel. She took one to two steps when suddenly her foot hit a six-inch planter forcing her backwards and to the ground, landing on her left side, resulting in severe injury to plaintiff. The planter was negligently placed to the left of the entranceway of the hotel in front of a three-foot planter, not in plain site and negligently placed in a location that a business invitee such as plaintiff would not be able to see as she exited her vehicle.

## COUNT II - LEANNA GRAHAM V. OZRE TAMPA LODGING I, LLC AND HILTON HOTEL CORPORATION

13. Plaintiff, Leanna Graham, incorporates by reference Paragraphs 1 through 12, inclusive, as though fully set forth herein at length.

14. As a result of the aforesaid negligence and carelessness of the joint and several defendants as described in the foregoing paragraphs of this Complaint, plaintiff, Leanna Graham, suffered severe and permanent injuries including the following: displaced subcapital hip fracture requiring a left total hip replacement, post-traumatic chest pain and multiple lacerations.

15. As a direct and proximate result of the carelessness and negligence of the defendants as described in the foregoing paragraphs of this Complaint, plaintiff Leanna Graham, has suffered in the past and will continue to suffer in the future excruciating and agonizing pains, aches, mental anguish, and limitation and restriction of her usual activities, pursuits, and pleasures.

16. The injuries in question were caused solely by the negligence of defendants' servants, agents and/or employees and were in no way caused by any negligence of plaintiffs.

17. At all times material hereto, defendants acted through their agents, servants and/or employees who were acting in the course of their employment under the authority of the defendants and in the business of the defendants.

18. By reason of the negligence of the joint and several defendants, the Plaintiff, Leanna Graham has been and may in the future, be required to expend various sums of money for medical services and treatment for the injuries sustained as aforesaid.

19. By reason of the negligence of the joint and several defendants, Leanna Graham has or will be obligated to receive and undergo medical attention and care and to incur various expenses described in 75 PA C.S. 1711-1712 for the injuries suffered, the cost or reasonable value thereof

and may be obliged to continue to expend such sums or incur such expenditures for an indefinite period of time in the future.

20. By reason of the negligence of the joint and several defendants, Plaintiff Leanna Graham has and may continue to suffer a severe loss of earnings and an impairment of earning capacity and power, in excess of the sum recoverable under the limitations of 75 PA C.S. 1711-1712.

## COUNT III - JAMES GRAHAM V. OZRE TAMPA LODGING I, LLC AND HILTON HOTEL CORPORATION

21. Plaintiffs incorporate by reference Paragraphs 1 through 20, inclusive, as though fully set forth herein at length.

22. Plaintiff, James Graham avers that he is the husband of Leanna Graham.

23. As a result of the defendants' conduct resulting in injuries to Leanna Graham as said forth herein, the plaintiff, James Graham, in his own right has been deprived of the services, society and consortium of plaintiff, Leanna Graham, which has been to his great loss.

WHEREFORE, Plaintiffs, Leanna Graham and James Graham demand judgment against the joint and several defendants, in an amount in excess of one hundred fifty thousand ($150,000) Dollars plus interest and costs.

## JURY DEMAND

Plaintiffs demand trial by jury.

Respectfully submitted,
RANDY H. KAPLAN LAW OFFICES

/s/ Randy H. Kaplan
BY: _____

Randy H. Kaplan, Esquire
Attorney for Plaintiffs, Leanna Graham and James Graham

## VERIFICATION

Randy H. Kaplan, Esquire hereby states that he is the attorney for the Plaintiffs in this action and verifies that the statements made in the foregoing Complaint are true and correct to the best of his knowledge, information and belief. The verification for Plaintiff, James Graham, was not available at the time of filing this pleading. The undersigned understands that the statements therein made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

_____
Randy H. Kaplan, Esquire

Date: 02/24/10

## **VERIFICATION**

Leanna Graham hereby states that she is the plaintiff in this action and verifies that the statement made in the foregoing Complaint are true and correct to the best of her knowledge, information and belief. The undersigned understands that the statements therein made subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities.

_____
Leanna Graham

Date: 2/24/10

and may be obliged to continue to expend such sums or incur such expenditures for an indefinite period of time in the future.

20. By reason of the negligence of the joint and several defendants, Plaintiff Leanna Graham has and may continue to suffer a severe loss of earnings and an impairment of earning capacity and power, in excess of the sum recoverable under the limitations of 75 PA C.S. 1711-1712.

## COUNT III - JAMES GRAHAM V. OZRE TAMPA LODGING I, LLC AND HILTON HOTEL CORPORATION

21. Plaintiffs incorporate by reference Paragraphs 1 through 20, inclusive, as though fully set forth herein at length.

22. Plaintiff, James Graham avers that he is the husband of Leanna Graham.

23. As a result of the defendants' conduct resulting in injuries to Leanna Graham as said forth herein, the plaintiff, James Graham, in his own right has been deprived of the services, society and consortium of plaintiff, Leanna Graham, which has been to his great loss.

WHEREFORE, Plaintiffs, Leanna Graham and James Graham demand judgment against the joint and several defendants, in an amount in excess of one hundred fifty thousand ($150,000) Dollars plus interest and costs.

## JURY DEMAND

Plaintiffs demand trial by jury.

Respectfully submitted,
RANDY H. KAPLAN LAW OFFICES
s/ Randy H. Kaplan, RHK7263
BY: _____
Randy H. Kaplan, Esquire
Attorney for Plaintiffs, Leanna Graham and James Graham